# EXHIBIT A

| IP ADDRESS | ISP | DATE AND TIME |
| --- | --- | --- |
| 67.167.252.79 | Comcast Cable Communications | 10/6/2012 at 11:39:49 AM |
| 67.184.136.10 | Comcast Cable Communications | 10/8/2012 at 12:46:20 AM |
| 98.215.243.79 | Comcast Cable Communications | 8/1/2012 at 5:43:29 PM |
| 71.57.73.74 | Comcast Cable Communications | 9/19/2012 at 4:59:58 PM |
| 50.40.181.8 | Frontier Communications of | 9/29/2012 at 9:20:43 AM |
| 50.82.95.7 | Mediacom Communications | 8/1/2012 at 6:52:09 PM |
| 24.136.0.138 | RCN Corporation | 9/24/2012 at 12:29:49 PM |
| 24.148.26.27 | RCN Corporation | 9/12/2012 at 3:37:42 AM |
| 24.148.39.242 | RCN Corporation | 9/23/2012 at 6:43:59 AM |
| 64.53.242.136 | WideOpenWest | 9/20/2012 at 8:23:49 PM |